FILED

2016 SEP 16 PM 1:52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON TORRES,<br><br>    Defendants. | CR No. 16- CR16-0657<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(a)(1)(A)]

Between on or about January 8, 2016, and on or about May 25, 2016, in Los Angeles County, within the Central District of California, defendant BRANDON TORRES, not being a licensed importer, manufacturer, or dealer, knowingly and willfully engaged in the business of dealing in firearms, as evidenced by the sales of the following firearms, on or about the following dates:

| DATE | FIREARMS |
|---|---|
| February 1, 2016 | An SKS, model SKS45, 7.62 x 39mm semi-automatic rifle, bearing serial number RH004027 |
| February 17, 2016 | A Charter Arms, model AR-7 Explorer, .22 caliber pistol, bearing serial number A71896 |

COUNTS TWO AND THREE

[18 U.S.C. § 922(g)(1)]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant BRANDON TORRES ("TORRES") knowingly possessed the following firearms and ammunition, in and affecting interstate and foreign commerce:

| COUNT | DATE | FIREARMS AND AMMUNITION |
|---|---|---|
| TWO | February 1, 2016 | (1) An SKS, model SKS45, 7.62 x 39mm semi-automatic rifle, bearing serial number RH004027;<br>(2) Nine rounds of PMC 7.62 x 39mm ammunition;<br>(3) One round of Wolf 7.62 x 39mm ammunition. |
| THREE | February 17, 2016 | (1) A Charter Arms, model AR-7 Explorer, .22 caliber pistol, bearing serial number A71896;<br>(2) Eight rounds of Federal Cartridge Company .22 caliber ammunition. |

Such possession occurred after defendant TORRES had been convicted of the following felony crime, punishable by a term of imprisonment exceeding one year:

(1) Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11377(a), in the Superior Court of the State of California, County of Los Angeles, case number LAVLA073161, on or about May 8, 2013.

## COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about May 4, 2016, in Los Angeles County, within the Central District of California, defendant BRANDON TORRES knowingly and intentionally distributed at least fifty grams, that is, approximately 111.4 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

_/S/_
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

LIZABETH RHODES
Assistant United States Attorney
Chief, General Crimes Section

ROBYN K. BACON
Assistant United States Attorney
Deputy Chief, General Crimes Section

JULIAN L. ANDRÉ
KAREN E. ESCALANTE
Assistant United States Attorneys
General Crimes Section