EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
KAREN E. ESCALANTE (Cal. Bar No. 304686)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683/3358
    Facsimile: (213) 894-0141
    E-mail:    julian.l.andre@usdoj.gov
               karen.escalante@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR CR16-0657 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF JULIAN L. ANDRÉ |
| v. | |
| BRANDON TORRES, | (UNDER SEAL) |
| Defendant. | |

    The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//
//
//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Assistant United States Attorney Julian L. André.

Dated: September 15, 2016          Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JULIAN L. ANDRÉ
KAREN E. ESCALANTE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF JULIAN L. ANDRÉ

I, Julian L. André, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. BRANDON TORRES, No. CR 16-657, the indictment in which is being presented to a federal grand jury in the Central District of California on September 16, 2016.

2. Defendant TORRES has not been taken into custody on the charges contained in the indictment and has not been informed that he is being named as a defendant in the indictment to be presented to the grand jury on September 16, 2016. The likelihood of apprehending defendant TORRES might be jeopardized if the indictment in this case were made publicly available before defendant TORRES is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until defendant TORRES is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 15, 2016.

_____
JULIAN L. ANDRÉ