# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: CR16-0657
U.S.A. v. Brandon Torres
[✓] Indictment  [ ] Information

Defendant Number: 1
Year of Birth: 1986
Investigative agency (FBI, DEA, etc.): ATF

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: Between 1/8/16 through 5/25/15

c. County in which first offense occurred: Los Angeles County

d. The crimes charged are alleged to have been committed in:
CHECK ALL THAT APPLY
[✓] Los Angeles  [ ] Ventura
[ ] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other _____

Citation of Offense: 18 U.S.C. § 922(a)(1)(A); 18 U.S.C. 922 (g)(1) & 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No  [ ] Yes

IF YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: N/A
Case Number _____
Charging _____

The complaint:  [ ] is still pending
[ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?  [ ] No  [ ] Yes
IF YES, provide Name: _____
Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?  [ ] Yes  [ ] No
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____
Case Number _____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge _____
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

FILED 2016 SEP 16 PM 1:52 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   [ ] YES   [✓] NO
IF YES, list language and/or dialect: _____

**OTHER**

- [✓] Male     [ ] Female
- [✓] U.S. Citizen     [ ] Alien

Alias Name(s): _____

This defendant is charged in:   [✓] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   [ ] Yes   [✓] No
IF YES, should matter be sealed?   [ ] Yes   [ ] No

The area of substantive law that will be involved in this case includes:

- [ ] financial institution fraud
- [ ] public corruption
- [ ] government fraud
- [ ] tax offenses
- [ ] environmental issues
- [ ] mail/wire fraud
- [✓] narcotics offenses
- [ ] immigration offenses
- [✓] violent crimes/firearms
- [ ] corporate fraud
- [ ] Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   [ ] Yes   [ ] No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration:   [ ] State   [ ] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. [ ] Solely on this charge. Date and time of arrest: _____
e. On another conviction:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___ 20   ___ 21   ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   09/16/2016

Signature of Assistant U.S. Attorney
Julian L. Andre
Print Name

CR-72 (08/16)     CASE SUMMARY     Page 2 of 2